UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ESTHER ALEJANDR ORTEGA-GARDUNO, )<br> )<br>Petitioner, )<br> )<br>v. )<br> )<br>WARDEN KIMBERLY NEELY, )<br> )<br>Respondent. ) | Case No. 7:23-cv-00751-LCB-HNJ |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 12) on February 13, 2024, recommending that the court **DISMISS WITH PREJUDICE** petitioner Esther Alejandr Ortega-Garduno's ("Ortega-Garduno") petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) as meritless. In the alternative, the report recommended that the court **DISMISS WITHOUT PREJUDICE** Ortega-Garduno's petition pursuant to Rule 41(b) of the *Federal Rules of Civil Procedure* for failure to prosecute. No objections have been filed.[1]

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

---

[1] The Clerk of Court mailed Ortega-Garduno the February 13, 2024, Report and Recommendation at her address on file. On March 4, 2024, the United States Postal Service returned the report as undeliverable with the notation "Refused." (Doc. 13). The court does not have and could not locate an alternative address for Ortega-Garduno.

Consistent with that recommendation, the court finds that Ortega-Garduno's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) is due to be **DISMISSED WITH PREJUDICE** as meritless. A final judgment will be entered.

    **DONE** and **ORDERED** August 21, 2024.

                                                 **LILES C. BURKE**
                                                 UNITED STATES DISTRICT JUDGE